1

2

3

4

5                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
6

7  VINCE R. VERNER,                )
                                   )    No. CV-09-211-CI
8                Plaintiff,        )
                                   )    ORDER GRANTING MOTION
9  v.                              )    FOR DISMISSAL
                                   )
10 MICHAEL ASTRUE, Commissioner    )
   of Social Security             )
11                                 )
                 Defendant.        )
12 _____

13      Before  the  court  is  the  Plaintiff's  Motion  for  Dismissal

14 Without Prejudice (Ct. Rec. 8) of Plaintiff's Complaint filed July

15 13, 2009.  (Ct. Rec. 1.)

16      **IT IS ORDERED** that the Plaintiff's Motion for Dismissal Without

17 Prejudice **(Ct. Rec. 8)** is **GRANTED.**  Plaintiff's Complaint (Ct. Rec.

18 1) is **dismissed without prejudice**.  The District Court executive is

19 directed  to  file  this  Order  and  provide  a  copy  to  counsel  for

20 Plaintiff and Defendant, and close the file.

21      DATED September 21, 2009.

22

23                      _____S/ CYNTHIA IMBROGNO_____
                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28 ORDER GRANTING MOTION FOR DISMISSAL - 1